Form defntc7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jose J Hernandez
10830 Windsor Drive
Westchester, IL 60154
SSN: xxx–xx–1855 EIN: N.A.

Case No. : 19–00515
Chapter : 7
Judge : Jacqueline P. Cox

Domenica M Hernandez
10830 Windsor Drive
Westchester, IL 60154
SSN: xxx–xx–5950 EIN: N.A.

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **January 22, 2019.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition (Form 101/201).**
· **Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re–file as Amended (Form 121).**
· **Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re–file as Amended. (Form 106Dec,202).**

FOR THE COURT

Dated: January 9, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jose J Hernandez  
Domenica M Hernandez  
       Debtors

Case No. 19-00515-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: moneal          Page 1 of 1       Date Rcvd: Jan 09, 2019  
                         Form ID: defntc7      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.  
db/jdb          +Jose J Hernandez,    Domenica M Hernandez,    10830 Windsor Drive,    Westchester, IL 60154-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:  
      Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com  
      Joseph A. Serpico    on behalf of Debtor 2 Domenica M Hernandez atty1752@hotmail.com,  
       linda@serpicolaw.com;serpicojr80491@notify.bestcase.com  
      Joseph A. Serpico    on behalf of Debtor 1 Jose J Hernandez atty1752@hotmail.com,  
       linda@serpicolaw.com;serpicojr80491@notify.bestcase.com  
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                     TOTAL: 4